UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re NEW YORK CITY DEPARTMENT OF EDUCATION

THIS DOCUMENT RELATES TO:

All Actions

MASTER FILE: 15-CV-7150 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A case management conference is hereby scheduled for July 12, 2019 at 4 p.m. It is hereby ORDERED that by July 8, 2019, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement regarding the status of any settlement discussions;

2) Propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: July 1, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge