IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN MARTINEZ,         ) <br> ) <br>                  **Plaintiff,**  ) <br> ) <br> v.                               ) <br> ) <br> JAMES RAFFERTY, et al.,  ) <br> ) <br>                **Defendants.** ) <br> _____) | **CIVIL ACTION** <br><br> No. 15-cv-7150 |
| CHRISTIAN MARTINEZ,         ) <br> ) <br>                  **Plaintiff,**  ) <br> ) <br> v.                               ) <br> ) <br> THOMAS ESPOSITO,       ) <br> ) <br>                  **Defendant.**  ) <br> _____) | **CIVIL ACTION** <br><br> No. 17-cv-2553 |

## ORDER

Defendant's <u>Second Letter Motion For Extension Of Time To Stay The Trial In Anticipation Of Settlement</u> (Doc. #82) filed December 27, 2019 is **sustained**. The Court has reviewed the Motion to Enforce the Settlement Agreement and Memorandum in Support as well as Plaintiff's response brief. The Court finds that in the interest of justice, trial shall be **postponed** pending further order of the Court.

An evidentiary hearing on the Motion to Enforce the Settlement Agreement is still scheduled for <u>January 6, 2020</u> at <u>9:30 AM</u> in Courtroom 15C of the Daniel Patrick Moynihan Courthouse in Foley Square before Visiting Judge Kathryn H. Vratil.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge